IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>AARON RICHARD BOE<br>SSN/ITIN XXX-XX-0047<br><br>and<br><br>WENDY ANITA BOE<br>SSN/ITIN XXX-XX-3332,<br><br>                    Debtors.<br><br>LEE ANN PIERCE, TRUSTEE<br><br>                    Plaintiff<br><br>-vs-<br><br>SIOUX FALLS FEDERAL CREDIT UNION<br><br>                    Defendant. | Bankr. No. 10-40498<br>Chapter 7<br><br><br><br><br><br><br><br><br>Adversary No. 10-4034<br><br><br>ANSWER TO COMPLAINT TO<br>DETERMINE VALIDITY OF LIEN |

Comes now the Defendant Sioux Falls Federal Credit Union, by and through undersigned counsel, and for its Answer, states and alleges as follows:

      1.      Plaintiff's Complaint fails to state a claim upon which relief may be properly granted.

      2.      Defendant denies each and every allegation, matter and claim of Plaintiff, except for those matters which are herein specifically admitted or qualified herein and remits Plaintiff to strict proof thereof.

      3.      Upon information and belief and with the reservation that any admissions or denials herein may be withdrawn or modified in the event further acts presently unknown to Defendant are discovered, Defendant admits Paragraphs 1, 2, 3, 4, 5 and 6 of the Plaintiff's Complaint.

      4.      That Defendant Sioux Falls Federal Credit Union's lien has appeared on the face of the title to Debtor's 2008 Dodge Nitro since the title was first issued to Debtor Aaron R. Boe on December 16, 2009, as appears from the Certificate of Title attached hereto as Exhibit A, one hundred seventy-seven days prior to the Debtor's Chapter 7 filing in this matter.

      5.      That South Dakota law, at SDCL 32-3-41 provides that "A security interest, …if a notation of same has been made…on the face thereof…shall be valid against the creditors of the debtor…and other lien holders or claimants…."

WHEREFORE, Defendant Sioux Falls Federal Credit Union respectfully prays for judgment as follows:
1. That Plaintiff's Complaint be dismissed upon the merits and with prejudice;
2. That Defendant be awarded all of its costs and disbursements in this action, including reasonable attorney's fees; and
3. For such other and further relief as the Court deems appropriate.

Dated at Sioux Falls, South Dakota this 8th day of September, 2010.

MYERS & BILLION, LLP

By: _____
James R. Myers, P.C.
Attorneys for Defendant
300 N. Dakota Ave., Suite 510
P.O. Box 1085
Sioux Falls, SD 57101-1085

**EXHIBIT A**

# SOUTH DAKOTA CERTIFICATE OF TITLE

**VEHICLE**

| TITLE NO | TITLE ISSUE DATE | TYPE | PREV STATE BRAND | TAX CODE & AMT | WEIGHT CC |
|---|---|---|---|---|---|
| 093350072 | 12/16/2009 | TRANSFER | | 314.63 | 4051 |

100710174

| YEAR | MAKE | MODEL | BODY | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|
| 2008 | DODGE | NITRO | SUV | 1D8GU58K08W145328 |

MAIL TO: AARON R BOE
1205 E 62ND STREET
SIOUX FALLS SD 57108

ODOMETER: 83652 ACTUAL

BRAND

OWNER(S): AARON R BOE

OWNER ADDRESS: 1205 E 62ND STREET
SIOUX FALLS SD 57108

FIRST LIENHOLDER: SIOUX FALLS FEDERAL CREDIT UNION
PO BOX 5735
SIOUX FALLS SD 57117-5735

NOTED BY _____   RELEASED BY _____
   COUNTY TREASURER    (CO #)   (DATE)         COUNTY TREASURER    (CO #)   (DATE)

SECOND LIENHOLDER

NOTED BY _____   RELEASED BY _____
   COUNTY TREASURER    (CO #)   (DATE)         COUNTY TREASURER    (CO #)   (DATE)



THE DEPARTMENT OF REVENUE AND REGULATION UNDER SOUTH DAKOTA LAW CERTIFIES THAT THE PERSONS NAMED HEREON IS DULY REGISTERED IN THIS OFFICE AS OWNER(S) OF THE DESCRIBED PROPERTY SUBJECT TO ANY LIEN AND ENCUMBRANCES HEREIN SET FORTH. SOUTH DAKOTA LAW REQUIRES DISCLOSURE OF DAMAGE ON MOTOR VEHICLES AND BOATS. DAMAGE INFORMATION IS AVAILABLE UPON WRITTEN REQUEST. SEND TO THE DEPARTMENT OF REVENUE AND REGULATION; DIVISION OF MOTOR VEHICLES, 445 EAST CAPITOL, PIERRE, PIERRE, SD 57501.

SECRETARY, _____
DEPARTMENT OF REVENUE AND REGULATION

10390 091216 133035                     CONTROL NO. 0541921

Bo Clarem
Bo Richard
1205 E 103rd St    Sioux Falls SD 57108

ODOMETER reading: 85,000

Signatures: Aaron Boe (x2)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| IN RE: | ) | Bankr. No. 10-40498 |
| | ) | Chapter 7 |
| AARON RICHARD BOE | ) | |
| SSN/ITIN XXX-XX-0047 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| WENDY ANITA BOE | ) | |
| SSN/ITIN XXX-XX-3332, | ) | |
| | ) | Adversary No. 10-4034 |
| Debtors. | ) | |
| | ) | |
| LEE ANN PIERCE, TRUSTEE | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| SIOUX FALLS FEDERAL CREDIT UNION | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned hereby certifies that a true and correct copy of the **ANSWER TO COMPLAINT TO DETERMINE VALIDITY OF LIEN** in the above-entitled action was served upon the following persons on the 9th day of September, 2010:

Lee Ann Pierce
Chapter 7 Bankruptcy Trustee
PO Box 524
Brookings, SD 57006-0524

Laura L. Kulm Ask
Gerry & Kulm Ask, Prof LLC
PO Box 966
Sioux Falls, SD 57101-0966

Bruce J. Gehring
314 S. Main, Ste 303
Sioux Falls, SD 57104

Wendy Anita Boe
1205 E. 62nd St.
Sioux Falls, SD 57108-4764

Aaron Richard Boe
1205 E. 62nd St.
Sioux Falls, SD 57108-4764

Service was made by United States mail, postage prepaid, directed to the address of record to anyone who was not served electronically by the United States Bankruptcy Clerk of Courts.

MYERS & BILLION, LLP

By: _____
James R. Myers, P.C.
Attorneys for Defendant
300 N. Dakota Ave., Suite 510
Sioux Falls, SD 57101-1085